# IN THE SUPREME COURT OF THE STATE OF NEVADA

U.S. BANK NATIONAL ASSOCIATION, AS SUCCESSOR IN INTEREST TO WACHOVIA BANK, N.A., AS TRUSTEE FOR THE HOLDERS OF THE BANC OF AMERICA FUNDING CORPORATION, MORTGAGE PASS THROUGH CERTIFICATES, SERIES 2004-B, A NATIONAL ASSOCIATION,

Appellant,

vs.

NEVADA NEW BUILDS, LLC, A NEVADA LIMITED LIABILITY COMPANY; AND DESERT SHORES COMMUNITY ASSOCIATION, A NEVADA NON-PROFIT CORPORATION,

Respondents.

No. 76877

FILED

OCT 07 2019

ELIZABETH A. BROWN
CLERK OF SUPREME COURT
BY S. Young
DEPUTY CLERK

## ORDER DISMISSING APPEAL

Pursuant to the stipulation of the parties, and cause appearing, this appeal is dismissed. The parties shall bear their own costs and attorney fees. NRAP 42(b).

It is so ORDERED.

CLERK OF THE SUPREME COURT
ELIZABETH A. BROWN

BY: _____

19-41444

cc: Hon. Adriana Escobar, District Judge
William C. Turner, Settlement Judge
Wright, Finlay & Zak, LLP/Las Vegas
Hong & Hong
Leach Kern Gruchow Anderson Song/Las Vegas
Eighth District Court Clerk